UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ROBERT GENE FETTER,<br>            Plaintiff,<br><br>           v.<br><br>NANCY ANN BERRYHILL, Acting Commissioner Social Security Administration,<br>           Defendant. | No. 5:17-cv-05599 |

## O R D E R

**AND NOW**, this 4th day of January, 2019, for the reasons set forth in the Opinion issued this date and upon consideration of Plaintiff's Complaint, ECF No. 3; Defendant's Answer, ECF No. 8; the Social Security Administrative Record, ECF No. 7; Plaintiff's Brief and Statement of Issues in Support of Request for Review, ECF No. 9; Defendant's Response to Request for Review of Plaintiff, ECF No. 10; Plaintiff's Reply, ECF No. 11; the Report and Recommendation ("R&R") of United States Magistrate Judge Richard A. Lloret, ECF No. 13; Plaintiff's Objection to the R&R, ECF No. 14; and Defendant's Response to Objections, ECF No. 16, **IT IS ORDERED THAT:**

1. Plaintiff's objection to the R&R, ECF No. 14, is **OVERRULED.**
2. The R&R, ECF No. 13, is **APPROVED** and **ADOPTED**.
3. Plaintiff's Request for Review, ECF No. 9, is **DENIED**.
4. The final order of the Commissioner of Social Security is **AFFIRMED**.
5. This case is **CLOSED**.

BY THE COURT:


*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge